**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEPHEN KANE SR. AND THOMAS KANE,**<br>*Plaintiffs,*<br><br>**v.**<br><br>**KEVIN SCHNALL AND COASTAL CAROLINA UNIVERSITY,**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 26-3181** |

**ORDER RE: DEFENDANTS' MOTION TO DISMISS**

**AND NOW**, on this 18th day of August 2026, upon consideration of Defendants' Motion to Dismiss (ECF 8), Plaintiffs' Response in Opposition (ECF 10), Defendants' Reply (ECF 14), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** without prejudice and with leave to amend within fourteen (14) days.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 26\26-3181 kane v. schnall\26-3181 order re def. mtd.docx